**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1126**

_____

LATASHA LORRAINE ASKINS,

              Plaintiff - Appellant,

     v.

JOHN BELISSARY; NEW GENERATIONS HOME CARE LLC; ANN
BELISSARY; LYNN FORD,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:12-cv-01856-RBH)

_____

Submitted:  March 27, 2014         Decided:  April 1, 2014

_____

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior
Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Latasha Lorraine Askins, Appellant Pro Se.  Joseph Jakob
Kennedy, TURNER PADGET GRAHAM & LANEY, PA, Florence, South
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Latasha Lorraine Askins appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of the Appellees on Askins' claims of retaliation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Askins v. Belissary, No. 4:12-cv-01856-RBH (D.S.C. Feb. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED